**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 19-1372**

———————

RYAN ANDERSON,

        Plaintiff - Appellant,

    v.

JASON W. POLLARD,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:18-cv-00686-REP)

———————

Submitted:  August 5, 2019               Decided:  August 16, 2019

———————

Before FLOYD, RICHARDSON, and RUSHING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ryan Anderson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Anderson appeals the district court's order dismissing his in forma pauperis complaint as frivolous, vexatious, and for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error. Accordingly, we deny the motion to appoint counsel and affirm for the reasons stated by the district court. *See Anderson v. Pollard*, No. 3:18-cv-00686-REP (E.D. Va. Mar. 4, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*